# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                   CASE NO: 6:23-mj-1109-LHP

**ETHAN LIPPER**

AUSA: Shannon Laurie

Defense Attorney: Michael Ryan, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **February 2, 2023**<br>3:11-3:19<br>8 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE

Case called; appearances taken; procedural setting by the Court.
Court inquired of the Defendant regarding the competency.
Parties advised of the requirements pursuant to the Due Process Protections Act.
Court advised the Defendant of his rights.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed the Federal Public Defender to represent the Defendant.
Government summarized the charge and penalties in the Complaint.
Defendant waived the right to a preliminary hearing.
Government made an oral motion for detention.
Defendant reserved the right to a detention hearing without prejudice.