UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO. 6:23-cr-20-WWB-LHP

ETHAN LIPPER

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to

Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that

the following attorneys may have a conflict of interest if appointed to represent the

above defendant because of representation of other individuals:

N/A

Date: February 21, 2023

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Shannon Laurie*
Shannon Laurie
Assistant United States Attorney
Florida Bar No.: 0102711
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: Shannon.laurie@usdoj.gov

**U.S. v. ETHAN LIPPER**            **Case No. 6:23-cr-20-WWB-LHP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

> Patrick M. Megaro, Esq.
> Attorney for Defendant

> /s/ *Shannon Laurie*
> Shannon Laurie
> Assistant United States Attorney
> Florida Bar No.: 0102711
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone:   (407) 648-7500
> Facsimile:    (407) 648-7643
> E-mail: Shannon.laurie@usdoj.gov