UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 6:23-cr-20-WWB-LHP

ETHAN LIPPER

### NOTICE OF MAXIMUM PENALTIES

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties as ordered by this Court. Doc. 20.

The penalty for the offense charged in Count One of the Indictment, 18 U.S.C. § 2422(b), attempted online enticement of a minor, are as follows: a mandatory minimum sentence of 10 years' of imprisonment up to life, a fine of up to $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100. Additionally, pursuant to 18 U.S. C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of sexual exploitation and other abuse of children.

The penalty for the offense charged in Count Two of the Indictment, 18 U.S.C. § 2252A(a)(2) and (b)(1), Distribution of Child Pornography, are as follows: a mandatory minimum sentence of 5 years' of imprisonment up to 20 years', a fine of up to $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100. Additionally, pursuant to 18 U.S. C. § 3014, the Court shall impose a $5,000 special

assessment on any non-indigent defendant convicted of an offense in violation of sexual exploitation and other abuse of children.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. §§ 2253 and 2428, as outlined in the Indictment. Among the items that will be forfeited are the following: Blue Apple iPhone 14.

                                              Respectfully submitted,

                                              ROGER B. HANDBERG
                                              United States Attorney

By:  /s/ Shannon Laurie
       Shannon Laurie
       Assistant United States Attorney
       Florida Bar No.: 0102711
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail: Shannon.Laurie@usdoj.gov

U.S. v. ETHAN LIPPER                            Case No. 6:23-cr-20-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jaime Torre Halscott, Esq.
jhalscott@halscottmegaro.com


Patrick Michael Megaro, Esq.
pmegaro@halscottmegaro.com


                                     /s/ Shannon Laurie
                                     Shannon Laurie
                                     Assistant United States Attorney
                                     Florida Bar No.: 0102711
                                     400 W. Washington Street, Suite 3100
                                     Orlando, Florida 32801
                                     Telephone:   (407) 648-7500
                                     Facsimile:    (407) 648-7643
                                     E-mail: Shannon.laurie@usdoj.gov